# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| | } |
| **v.** | } |
| | } CASE NO. 3:05-CR-0257-SLB-4 |
| **CONNIE CARNELL GARTH,** | } |
| | } |
| Defendant. | } |

## ORDER

This case is before the court on the Motion for Early Termination of Supervised Release filed by defendant Connie Carnell Garth on January 29, 2018.  (Doc. 818.)[1/]  After consultation with defendant's United States Probation Officer and review by the court of the defendant's Presentence Investigation Report, the Motion for Early Termination of Supervised Release is **DENIED**.

**DONE** this 9th day of February, 2018.

_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1/]    Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.